Decided April 10, 1895.

## STATE ex rel. SEALY *v.* STOLZ.

APPEAL from Multnomah: HARTWELL HURLEY, Judge.

*Quo warranto* proceeding by Francis Sealy to ascertain by what right Gideon Stolz and others were exercising the functions of officers and directors of the Pacific Vinegar Company. There was a judgment for defendants, and plaintiff appealed.

*Messrs. Cicero M. Idleman, Attorney-General, and Geo. H. Durham,* for appellants.

*Mr. Rufus Mallory,* for respondents.

PER CURIAM: On motion of the attorney-general the appeal herein is hereby dismissed.　　　DISMISSED.

Decided April 22, 1895.

## GEO. P. CLARK *v.* O. H. WALKER.

APPEAL from Multnomah: LOYAL B. STEARNS, Judge.

Plaintiff appealed.

No appearance for appellant.

*Mr. G. W. Allen* for respondent.

PER CURIAM: The transcript herein not having been filed within the time allowed, the motion of respondent is allowed, and the appeal is dismissed.